# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 20-2822

———————————————

United States of America

*Plaintiff - Appellee*

v.

Todd Stands Alone, formerly known as Todd Brave Crow

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the District of South Dakota - Northern

——————————

Submitted: June 18, 2021
Filed: July 20, 2021
[Unpublished]

——————————

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

——————————

PER CURIAM.

After Todd Stands Alone violated the conditions of supervised release, the district court[1] sentenced him to 14 months in prison. On appeal, he challenges the length of the sentence.

---

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

As Stands Alone acknowledges, his recent release from prison moots the appeal. *See Owen v. United States*, 930 F.3d 989, 990 (8th Cir. 2019) (holding that release will moot an appeal when the appellant "challenge[s] only his term of imprisonment"). No remedy is available to shorten a term of imprisonment that he has already served, and no one has identified any collateral consequences. *See id.*; *see also United States v. Dunlap*, 719 F.3d 865, 866–68 (8th Cir. 2013) (per curiam) (dismissing an appeal as moot under similar circumstances). We accordingly dismiss the appeal.

_____